*Artemas Curtis* v. *Philip G. Van Wyck.* S. STEVENS, for complainant; C. O'CONNOR, for defendant. Decree of the vice chancellor affirmed, with costs.